IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DWAYNE JAY NORTON,

    Plaintiff,

vs.                                  CASE NO. 5:07cv174/RS

JAMES MALLION, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 6). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. Pursuant to 28 U.S.C. §1915(g), this case is dismissed without prejudice as to Plaintiff's filing a new cause of action accompanied by full payment of the $350.00 filing fee.

3. Plaintiff's Motion For Granting Leave Of Court To File 42 U.S.C. 1983 (Doc. 1) is **denied**.

4. The clerk is directed to close the file.

ORDERED on August 21, 2007.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**